## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

NAMASTÉ LABORATORIES, LLC,

Plaintiff,

v.

ASNC SALES & MARKETING and
BEAUTY SUPPLY DEPOT, INC.,

Defendants.

**09 - 80884**

**CIV-ZLOCH**

Civil Action No.

Judge:

Magistrate Judge:

**ROSENBAUM**

**JURY DEMANDED**

FILED by _ATS_ D.C.

JUN 1 2 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

### COMPLAINT

Plaintiff Namasté Laboratories LLC ("Namasté") alleges as follows:

### NATURE OF THE ACTION

1.      This is an action for [I] unfair competition, false designation of origin, deceptive

trade practices and trademark infringement as provided under Title 15, United States Code

§ 1125(a); and [II] copyright infringement under the Copyright Laws of the United States as

provided for under Title 17, United States Code § 101, *et seq.*

### THE PARTIES

2.      Namasté is a corporation existing under the laws of Illinois, and having a

principal place of business at 13636 South Western Avenue, Blue Island, Illinois 60406.

3.      On information and belief, ASNC Sales & Marketing ("ASNC") is a corporation

existing under the laws of Florida, and having a principal place of business at 11360 Fortune

Circle, West Palm Beach, Florida 33414.

4.      On information and belief, Beauty Supply Depot, Inc. ("Beauty Supply") is a

corporation existing under the laws of Florida, and having principal places of business at 2859

S. Military Trail, West Palm Beach, Florida 33415, and in Wellington, Florida.

## JURISDICTION AND VENUE

5.      Jurisdiction over Count I is expressly conferred on this Court under 28 U.S.C. §§ 1331 and 1338 and/or 15 U.S.C. § 1121.  Jurisdiction over Count II is expressly conferred on this Court under 28 U.S.C. §§1331 and 1338(a).

6.      Venue is proper within this judicial district for both Counts I and II under 28 U.S.C. § 1391 (b) and/or (c).

## BACKGROUND FACTS

7.      Namasté sells an Organic ROOT Stimulator™ OLIVE OIL brand of hair care products that includes, but is not limited to, an Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit (Exhibit A).

8.      The Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit depicted in Exhibit A features a combination of elements that together create a unique and distinctive trade dress.  These elements include (a) a generally rectangular box; (b) a prominent, solid-colored band at the top of the box; (c) the word ORGANIC within the band, and an A-shaped element immediately adjacent the word ORGANIC, the A-shaped element being formed by a stacked, triangular collection of six rain drops; (d) an olive green background color for the box; (e) the words OLIVE OIL prominently displayed on at least the front of the box; and (f) a depiction of olives beneath the words OLIVE OIL.

9.      Namasté has been offering the Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit featuring this unique and distinctive combination of elements or trade dress since September, 2003.

10.     Since at least as early as September, 2003, Namasté has extensively and continuously advertised and sold the Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit throughout the United States.

11.     Namasté's extensive advertising, use and sales have engendered a public recognition of, and association with, Namasté as the source of the Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit, and has rendered its trade dress highly distinctive in the minds of the relevant consuming public. Based upon this wide public recognition and extensive use in the United States, Namasté's distinctive trade dress is famous.

12.     Without Namasté's authorization, Defendants have adopted, promoted, advertised, imported, sold and/or offered for sale in United States commerce, at least two different hair care Relaxer Kits, i.e., an ORGANICA™ OLIVE OIL No Lye Relaxer Kit in a single application size (shown in the attached Exhibit B) and an ORGANICA™ OLIVE OIL No-Lye Relaxer Kit in a two application size (shown in the attached Exhibit C). The products of Exhibits B and C shall be collectively referred to as the ORGANICA™ OLIVE OIL No Lye Relaxer Kit products.

13.     Both of the ORGANICA™ OLIVE OIL No Lye Relaxer Kit products are directly competitive with Namasté's Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit product.

14.     Defendants' ORGANICA™ OLIVE OIL No Lye Relaxer Kit products have a trade dress that simulates and is highly and confusingly similar to the trade dress of Namasté's Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit.

15.     Particularly, as with Namasté's Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit, the ORGANICA™ OLIVE OIL No Lye Relaxer Kit products have the following

elements: (a) a generally rectangular box; (b) a prominent, solid-colored band at the top of the box; (c) the word ORGANIC within the band, and the letter "A" immediately adjacent to the word ORGANIC, to form the word ORGANICA; (d) an olive green background color for the box; (e) the words OLIVE OIL prominently displayed on at least the front of the box; and (f) a depiction of olives beneath the words OLIVE OIL.

16.     As a result of these and other similarities, Defendants' ORGANICA™ OLIVE OIL No Lye Relaxer Kit products have a trade dress that is highly and confusingly similar to the trade dress of Namasté's distinctive Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit.

17.     Defendants sell, or have sold, the ORGANICA™ OLIVE OIL No Lye Relaxer Kit products in the same channels of trade as Namasté's Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit, including beauty supply stores and drug stores or pharmacies.

18.     Defendants and Namasté both sell their respective products to the same customers, and both Defendants and Namasté direct their marketing especially to African-American consumers.

19.     Defendants and Namasté both sell their products through common retailers, including but not limited to drug stores and beauty supply stores. In fact, Defendant BEAUTY SUPPLY DEPOT, INC. is a beauty supply store in West Palm Beach, Florida, where the ORGANICA™ OLIVE OIL No Lye Relaxer Kit products are sold.

20.     A photograph showing a display with both of the ORGANICA™ OLIVE OIL No Lye Relaxer Kit products is shown in the attached Exhibit D. This display appeared at Beauty Supply Depot, Inc., on April 10, 2009. As may be seen, both sizes of the ORGANICA™ OLIVE OIL No Lye Relaxer Kit product are sold on shelf-space directly adjacent Namasté's

Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit. This increases the chances of confusion among consumers of Namasté's Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit.

21.     Defendants' infringing and unfair activities are detrimental to the goodwill and business reputation symbolized by the Namasté trade dress, and have resulted, and continue to result, in both monetary damage and irreparable harm to Namasté.

22.     Further evidence of Defendants' intent to confuse the public is evidenced by the Defendants' copying of a Namasté insert contained within the Namasté's Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit. A two-sided copy of a 2003 version of the Namasté insert is enclosed as Exhibit E. A two-sided copy of a 2006 version of the Namasté insert is enclosed as Exhibit F.

23.     As with the Namasté inserts, the Defendants' insert is also contained within the boxes used for the ORGANICA™ OLIVE OIL No Lye Relaxer Kit products.

24.     The Namasté inserts of Exhibits E and F are copyrighted publications. Namasté also has obtained copyright protection in the text on its Relaxer Kit packaging.

25.     Copyright infringement may be found where the accused infringer of the copyrighted work has access to that work, and where the accused and copyrighted works are substantially similar. Both elements of copyright infringement may be found here.

26.     Here, ASNC clearly had access to one or more of the Namasté Relaxer Kit inserts. In fact, Namasté's Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit was, in the past, distributed by the principals of ASNC.

27.     Under the law, access may also be inferred by the virtual identity of the ASNC insert to the Namasté inserts.

28.     Exhibit G is a copy of the insert in the ORGANICA™ OLIVE OIL No Lye Relaxer Kit products.  A side-by-side comparison of the Namasté inserts of Exhibits E and F to the Organica insert of Exhibit G is highly revealing.  The many similarities are unmistakable, and there is no question of copyright infringement.

29.     Particularly, as may be seen in Exhibits E and F, the Namasté accordion-folded inserts include (a) a series of eight steps ("Step 1" through "Step 8"), with the lettering relating to each of those steps enclosed in an oval at the top of the pages of the inserts; (b) a stop-sign below step 1, and a warning to read all instructions; (c) a picture, below "Step 1," of the contents of the Kit; (d) photographs accompanying each of the eight steps that relate to the procedures of the respective step; (e) bold-faced lettering, after Step 5, reading "You Can Feel The 'Built-in Protection' Of the Relaxer After Rinsing!"; and (f) a distinctive rectangular "Timing Chart," for both Normal and Extra Strength hair, immediately after Step 5.

30.     As can be seen, each and every one of these features of the accordion-folded inserts (Exhibit E and F) in the Namasté Relaxer Kit box appear, either identically or in highly similar form, in the accordion-folded insert (Exhibit G) of the Defendants' ORGANICA™ OLIVE OIL No Lye Relaxer Kit products' boxes.

31.     Furthermore, photos used in the insert of the ORGANICA™ OLIVE OIL No Lye Relaxer Kit products are virtually identical to photos of the inserts of the Namasté Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit.  In fact, in some cases (see Step 1, Exhibit G), the Defendants' insert even shows Namasté products.

32.     Finally, attached as Exhibit H is a photograph of a side panel of the ORGANICA™ OLIVE OIL No Lye Relaxer Kit products.  At the bottom of this side panel is a "WARNING."  The text of the lower half of the ORGANICA™ OLIVE OIL No Lye Relaxer

-6-

Kit product's side panel's "WARNING" is identical to a warning on the side panel of the

Namasté Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit (see Exhibit I), even to

the point of calling for the use of Namasté's own ORGANIC ROOT™ Stimulator shampoo in

the event of an emergency caused by the use of the Defendant's ORGANICA™ OLIVE OIL No

Lye Relaxer Kit products.  This clearly evidences copying, and additional copyright

infringement, on the part of Defendants.

    33.    Defendants have adopted, promoted, advertised, and sold the Defendants'

ORGANICA™ OLIVE OIL No Lye Relaxer Kit products with knowledge that the Kits are

likely to cause confusion, mistake, or to deceive purchasers into believing that Namasté

sponsored, endorsed and/or authorized Defendants' Kit products.

    34.    Namasté is the sole and exclusive owner of the copyrights to the inserts and the

text on its Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kits.  These inserts and

Kits consist of material that is wholly original and creative, and which constitutes copyrightable

subject matter under the Copyright Laws of the United States, 17 U.S.C. § 101 *et seq.*

    35.    Namasté has duly complied with the provisions of the Copyright Laws of the

United States and has secured exclusive rights, title and privileges in and to the Namasté inserts

and Kits.  The Namasté Copyright Registrations obtained are for the 2003 Insert (Registration

No. VA 1666 511); the 2006 Insert (Registration No. VA 1666 510); and the Namasté Relaxer

Kit (Registration No. VA 1666 512).  Copies of the registrations are attached hereto as Exhibits

J, K and L, respectively ("the Namasté Copyright Registrations").

    36.    Without the authorization, license, or permission of Namasté, Defendants have

used copyrighted material from both (a) the side panel; and (b) the inserts of the Organic ROOT

Stimulator™ OLIVE OIL No-Lye Relaxer Kit.  The Defendants' side panel and insert are

substantially, if not strikingly, similar to the Namasté side panel and inserts, as embodied in the Namasté Copyright Registrations.

## COUNT I

### FEDERAL UNFAIR COMPETITION

37.     Namasté repeats and realleges the allegations contained in the foregoing paragraphs 1-36.

38.     As a complete and first ground for relief, Namasté hereby charges Defendants with federal unfair competition under the trademark laws of the United States and, in particular, 15 U.S.C. § 1125(a), for unfair competition, infringement and unlawful appropriation of the trade dress embodied in Namasté's Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit.

39.     Defendants have, without authorization, adopted, advertised, sold and/or offered for sale, in United States commerce, the ORGANICA™ OLIVE OIL No Lye Relaxer Kit products exemplified by the attached Exhibits B and C, having a trade dress that is confusingly similar to the distinctive trade dress featured in Namasté's Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit of Exhibit A.

40.     The acts of Defendants complained of herein are likely to continue to cause confusion, or to cause mistake, or to deceive the purchasing public and others in violation of 15 U.S.C. § 1114.

41.     Defendants' infringement is detrimental to the goodwill and business reputation symbolized by the distinctive trade dress featured in Namasté's Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit.

42.     As a result of Defendants' actions, Namasté has suffered serious and irreparable injury, and unless restrained by this Court, Namasté is likely to suffer further injury by Defendants' continued infringement.

43.     Defendants' acts as alleged herein were committed willfully, and with knowledge that such unauthorized use of the distinctive trade dress featured in Namasté's Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit would cause confusion, mistake, or deceive purchasers to believe that Namasté sponsored, endorsed, or authorized the ORGANICA™ OLIVE OIL No Lye Relaxer Kit products, or that Defendants' line of hair care products is associated with Namasté, or with their products.  Thus, a finding of an exceptional case is warranted under 15 U.S.C. § 1117(a).

## COUNT II

### COPYRIGHT INFRINGEMENT

44.     Namasté repeats and realleges the allegations contained in the foregoing paragraphs 1-43.

45.     As a complete and second ground for relief, Namasté hereby charges Defendants with copyright infringement under the Copyright Laws of the United States, 17 U.S.C. § 101, *et. seq*.

46.     Defendants have reproduced and/or distributed inserts and text on its boxes (exemplified in Exhibits G and H) that are substantially, if not strikingly, similar to the Namasté inserts and text.  Defendants had access to both the Namasté inserts, and to the Namasté text.

47.     Defendants have profited or will profit from the reproduction and/or distribution of the Defendants' inserts and text that are substantially, if not strikingly, similar to the Namasté inserts and text.

48.     Defendants' insert, and the text on its Kits, were created and are being used without the authorization, license or permission of Namasté.

49.     Defendants' copying of the Namasté inserts and Kits was willful, intentional, and in flagrant disregard of Namasté's lawful rights.

50.     As a result of Defendants' acts of copyright infringement, Namasté has suffered irreparable injury and has lost sales and profits, and will continue to do so unless Defendants are enjoined from continuing to commit the aforesaid acts.

## PRAYER FOR RELIEF

**WHEREFORE**, Namasté prays for the following relief:

1.      Judgment that Defendants have competed unfairly with Namasté by adopting, using and selling a product with a trade dress that is confusingly similar to the distinctive trade dress featured in the Namasté Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit, by the acts complained of herein, in violation of violation of 15 U.S.C. § 1125.

2.      Judgment that Defendants' unauthorized use of the distinctive trade dress featured in Namasté's Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit, and as exemplified by Defendants' products of Exhibits B and C, infringes the trade dress of the Namasté Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit.

3.      Judgment that Defendants' insert (Exhibit G) and the text on Defendants' Kit (Exhibit H) infringes Namasté's copyrights.

4.      Judgment that Defendants, their officers, agents, servants, employees, attorneys and all persons in active concert and/or participation with them who receive notice be permanently enjoined and restrained from:

-10-

(i)     imitating, copying, duplicating, or otherwise making any infringing use of the trade dress embodied in Namasté's Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit in connection with the manufacturing, distribution, or sale of its products;

(ii)    manufacturing, selling, attempting to sell, purchasing, promoting, storing, shipping, receiving, maintaining in their possession or otherwise exploiting in commerce the ORGANICA™ OLIVE OIL No Lye Relaxer Kit products, and any other product that infringes the Namasté trade dress;

(iii)   manufacturing, producing, distributing, circulating, selling, or otherwise disposing of any printed material bearing any copy or colorable imitation of the trade dress embodied in the Namasté Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit in connection with the manufacturing, distribution, or sale of its products;

(iv)   using any false designation of origin or false description which can or is likely to lead the public, or individual members thereof, to mistakenly believe that any good or service advertised, promoted, offered, or sold by Defendants is sponsored, endorsed, approved, or authorized by or connected with Namasté;

(v)    causing likelihood of confusion or injury to Namasté's business reputation and to the distinctiveness of the trade dress of the Namasté Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit, by the unauthorized use of the same or a confusingly similar equivalent, in connection with the manufacturing, distribution, or sale of its products;

    (vi)      engaging in any other activity constituting unfair competition or infringement of the trade dress embodied in Namasté's Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit, or Namasté's rights in, to use, or to exploit the same;

    (vii)     using the insert and text of Exhibits G and H, or any insert and text substantially similar to Namasté's copyrighted inserts and text, or in any other way infringing the Namasté Copyright Registrations; and

    (viii)    assisting, aiding, or abetting another person or business entity in engaging or performing any of the activities enumerated in subparagraphs (i) through (vii) above.

5.      An order awarding Namasté monetary relief in an amount to be fixed by the Court in its discretion as just, including all damages sustained by Namasté, a reasonable royalty, and/or all of Defendants' profits or gains of any kind resulting from its willful infringement, said amount to be trebled in view of the intentional nature of the acts complained of herein pursuant to 15 U.S.C. § 1117 and 17 U.S.C. § 504.

6.      An order, pursuant to 15 U.S.C. §1118, and 17 U.S.C. § 503 requiring Defendants and any principals, agents, servants, employees, successors, and assigns of and all those in privity or concert with Defendants who receive actual notice of said order, to deliver up all promotional, advertising, and any other printed materials of any kind wrongfully bearing the simulation of the trade dress of Namasté's Organic ROOT Stimulator™ OLIVE OIL No-Lye Relaxer Kit, or of any of the copyrighted materials of Namasté.

7.      An order for corrective advertising in a form, manner and frequency that is reasonably acceptable to Namasté.

8.      An order, pursuant to 15 U.S.C. § 1117 and 17 U.S.C. § 505, awarding to Namasté its attorneys' fees, due to the exceptional nature of this case, and all of Namasté costs and expenses of litigation.

9.      An order awarding to Namasté such other and further relief as the Court may deem just, proper, and equitable under the circumstances.

10.     Judgment that Defendants, their officers, agents, servants, employees, attorneys and all persons in active concert and/or participation with them who receive notice be permanently enjoined and restrained from using any materials which are substantially, confusingly or deceptively similar to Namasté's trade dress, copyrighted inserts, and copyrighted Kit text, or conducting any other infringing acts in connection with the construction, promotion, distribution, advertising, offering for sale and/or sale or use in any other manner, of product containers or product inserts or packaging or promotional materials for any other related goods.

## JURY DEMAND

Namasté respectfully requests a trial by jury.

Dated: June 12, 2009                         **McDERMOTT WILL & EMERY LLP**

                                             By: _____
                                                  Steven E. Siff (FBN: 352330)
                                                  *ssiff@mwe.com*
                                                  201 South Biscayne Boulevard, Suite 2200
                                                  Miami, Florida  33131
                                                  Tel: 305.358.3500
                                                  Fax: 305.347.6500

*Of Counsel:*
Daniel N. Christus
Brent A. Hawkins
Alissa R. Misun
McDermott Will & Emery, LLP
227 West Monroe Street
Chicago, Illinois  60606-5096

                                             *Counsel for Plaintiff Namasté Laboratories, LLC*

-13-

# Exhibit A



# Exhibit B



# **Exhibit C**



# Exhibit D



# Exhibit E





# Exhibit F





# Exhibit G





# Exhibit H



# Exhibit I

## This Kit Contains:

**OLIVE OIL** *Built-In Protection*™ **No-Lye Relaxer Base INGREDIENTS:** AQUA (WATER), PETROLATUM, PARAFFINUM LIQUIDUM (MINERAL OIL), CETEARYL ALCOHOL, CALCIUM HYDROXIDE, PEG-75 LANOLIN, PROPYLENE GLYCOL, CETEARETH-20, COCODIMONIUM HYDROXYPROPYL HYDROLYZED WHEAT PROTEIN, OLEA EUROPAEA (OLIVE) FRUIT OIL, POLYSORBATE-60.

**OLIVE OIL** *Built-In Protection*™ **No-Lye Relaxer Activator INGREDIENTS:** AQUA (WATER), GUANIDINE CARBONATE, SORBITOL, CI 19140 (YELLOW #5).

**Olive Oil Creamy Aloe Shampoo INGREDIENTS:** AQUA (WATER), AMMONIUM LAURYL SULFATE, AMMONIUM LAURETH SULFATE, LAURAMIDE DEA, LAURYL GLUCOSIDE, DISODIUM COCOAMPHODIPROPIONATE, TRIDECETH-7 CARBOXILIC ACID, PPG-5 CETETH-10 PHOSPHATE, OLEA EUROPAEA (OLIVE) FRUIT OIL, CETRIMONIUM CHLORIDE, POLYQUATERNIUM-10, SULFATED CASTOR OIL, LECITHIN, PROPYLENE GLYCOL, PEG-12 OLEATE, CAPRIC/CAPRYLIC TRIGLYCERIDES, SODIUM LAURETH SULFATE, COCAMIDE-MEA, GLYCOL DISTEARATE, LAURETH-10, CETYL TRIETHYLMONIUM DIMETHICONE PEG-8 SUCCINATE, COCO-GLUCOSIDE, GLYCERYL OLEATE, ALOE BARBADENSIS LEAF JUICE, GLYCERIN, GLYCERYL ACRYLATE/ACRYLIC ACID COPOLYMER, PROPYLENE GLYCOL, POLYQUATERNIUM-7, FRAGRANCE (PARFUM), HEXYL CINNAMAL, LILIAL, DMDM HYDANTOIN, METHYLPARABEN, PROPYLENE GLYCOL, PROPYLPARABEN, SILICONE QUATERNIUM-2 PANTHENOL SUCCINATE, DISODIUM EDTA, TRIETHANOLAMINE, METHYLCHLOROISOTHIAZOLINONE, METHYLISOTHIAZOLINONE, CI 42053 (GREEN #3), CI 19140 (YELLOW #5).

**Replenishing Pak™ Conditioner INGREDIENTS :** AQUA (WATER), GLYCINE SOJA (SOYBEAN) OIL, GLYCERIN, OLEA EUROPAEA (OLIVE) FRUIT OIL, HYDROLYZED COLLAGEN, QUATERNIUM-80, CITRUS AURANTIUM DULCIS (ORANGE) OIL, CITRAL, d-LIMONENE, LINALOOL, POLYQUATERNIUM-37, PROPYLENE GLYCOL DICAPRYLATE/DICAPRATE, PPG-1 TRIDECETH-6, PANTHENOL, SILK AMINO ACIDS, PEG-9 DIMETHICONE, ANTHEMIS NOBILIS (CHAMOMILE) EXTRACT, SALVIA OFFICINALIS (SAGE) EXTRACT, URTICA DIOICA (NETTLE) EXTRACT, ROSMARINUS OFFICINALIS (ROSEMARY) EXTRACT, ALOE BARBADENSIS LEAF JUICE, ACHILEA MILLEFOLIUM (YARROW) EXTRACT, ACTINIDIA CHINENSIS (KIWI) FRUIT JUICE, DIMETHICONE, HYDROLYZED GLYCOSAMINOGLYCANS, EDTA, TRIETHANOLAMINE, DMDM HYDANTOIN, METHYLCHLOROISOTHIAZOLINONE, METHYLISOTHIAZOLINONE, CI 15985 (YELLOW #6), CI 19140 (YELLOW #5).

**OLIVE OIL** *Incredibly Rich* **Oil Moisturizing Hair Lotion™ INGREDIENTS:** AQUA (WATER), COCOS NUCIFERA (COCONUT) OIL, SORBITOL, CYCLOTETRASILOXANE, CYCLOPENTASILOXANE, CARTHAMUS TINCTORIUS (SAFFLOWER) SEED OIL, RICINUS COMMUNIS (CASTOR) SEED OIL, PETROLATUM, CETEARYL ALCOHOL, SODIUM CETEARYL SULFATE, PEG-25 HYDROGENATED CASTOR OIL, CETYL ESTERS, OLEA EUROPAEA (OLIVE) FRUIT OIL, AMMONIUM ACRYLOYLDIMETHYLTAURATE/VP COPOLYMER, XANTHAN GUM, BHT, DISODIUM EDTA, DMDM HYDANTOIN, METHYLPARABEN, PROPYLPARABEN, PROPYLENE GLYCOL, FRAGRANCE (PARFUM), BENZYL ALCOHOL, BENZYL SALICYLATE, GERANIOL, HEXYL CINNAMAL, LILIAL, d-LIMONENE, LINALOOL, LYRAL, METHYL IONONE, CI 42090 (BLUE #1), CI 19140 (YELLOW #5).

**OLIVE OIL Wrap/Set Mousse INGREDIENTS:** AQUA (WATER), POLYQUATERNIUM-11, SD ALCOHOL 39-C, COCAMIDOPROPYL BETAINE, TEA-COCOYL HYDROLYZED COLLAGEN, QUATERNIUM-80, CETRIMONIUM CHLORIDE, PANTHENOL, PEG-75 LANOLIN, OLETH-20, DIMETHICONE COPOLYOL, OLEA EUROPAEA (OLIVE) FRUIT OIL, FRAGRANCE (PARFUM), BENZYL ALCOHOL, BENZYL SALICYLATE, GERANIOL, HEXYL CINNAMAL, LILIAL, d-LIMONENE, LINALOOL, LYRAL, METHYL IONONE, DMDM HYDANTOIN, METHYLCHLOROISOTHIAZOLINONE, METHYLISOTHIAZOLINONE.

### ...And For Your Convenience

■ 1 pair of latex gloves ■ 1 mixing stick ■ step-by-step instructions

**WARNING:** THIS PRODUCT CONTAINS CALCIUM HYDROXIDE AND GUANIDINE CARBONATE. FOLLOW ENCLOSED STEP-BY-STEP INSTRUCTIONS, WARNINGS AND CAUTIONS CAREFULLY TO AVOID SKIN AND SCALP IRRITATION, HAIR LOSS, HAIR BREAKAGE, AND/OR EYE/EAR INJURY. DO NOT USE THIS PRODUCT ON AN IRRITATED SCALP, DAMAGED HAIR, CURLY PERMED HAIR (AMMONIUM THIOGLYCOLATE) OR HAIR THAT HAS BEEN BLEACHED/FROSTED OR PERMANENTLY COLORED, THAT IS BREAKING, SPLITTING, OR OTHERWISE DAMAGED OR COLOR LIFTED WITH LIFTING BOOSTER, STRIPPED OR TREATED WITH COMPOUND HENNA OR METALLIC DYES. WAIT TWO WEEKS BETWEEN RELAXING WITH NORMAL STRENGTH AND COLORING THE HAIR WITH PERMANENT/DEMI PERMANENT COLOR. DO NOT USE IF HAIR HAS BEEN TREATED WITH "NATURAL RELAXERS", CONTAINING METALLIC SALTS OR AMMONIUM BISULFATE. FAILURE TO MIX ACTIVATOR AND BASE THOROUGHLY MAY CAUSE SCALP IRRITATION, HAIR DAMAGE, AND/OR HAIR LOSS. APPLY RELAXER ONLY TO HAIR THAT HAS NOT BEEN RELAXED. IF HAIR HAS BEEN PREVIOUSLY RELAXED ONLY APPLY TO NEW GROWTH. IF RELAXER CAUSES IRRITATION, IMMEDIATELY RINSE THE HAIR AND SHAMPOO WITH ORGANIC ROOT STIMULATOR® OLIVE OIL CREAMY ALOE SHAMPOO. IF IRRITATION PERSISTS, OR IF HAIR LOSS OCCURS, CONSULT A PHYSICIAN. KEEP AWAY FROM EYES. CAN CAUSE BLINDNESS. IF RELAXER GETS INTO EYES, RINSE IMMEDIATELY AND CONSULT A PHYSICIAN. DO NOT RUB EYES. SERIOUS INJURY MAY RESULT IF THE RELAXER OR ACTIVATOR IS INGESTED. IF INGESTED OR INTERNAL CONTACT OCCURS, CONSULT A PHYSICIAN. DO NOT INDUCE VOMITING. FOR EXTERNAL USE ONLY. KEEP OUT OF REACH OF CHILDREN.

# **Exhibit J**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-666-511

**Effective date of
registration:**

May 19, 2009

---

## Title

**Title of Work:** Relaxer Kit Insert 2003

**Nature of Work:** Brochure

## Completion/ Publication

**Year of Completion:** 2003

**Date of 1st Publication:** September 30, 2003

## Author

■ **Author:** Namaste Laboratories, L.L.C.

**Author Created:** 2-Dimensional artwork, Text

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No                          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Namaste Laboratories, L.L.C.

13636 South Western Avenue, Blue Island, IL 60406

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Daniel N. Christus, authorized agent of Namaste Laboratories,
L.L.C.

**Date:** May 14, 2009

---

**Correspondence:** Yes

# **Exhibit K**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-666-510

**Effective date of
registration:**

May 19, 2009

## Title

| | |
|---|---|
| **Title of Work:** | Relaxer Kit Insert 2006 |
| **Nature of Work:** | Brochure |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2006 |
| **Date of 1st Publication:** | September 30, 2006 |

## Author

| | |
|---|---|
| ■    **Author:** | Namaste Laboratories, L.L.C. |
| **Author Created:** | Revised compilation of photographs, and revised text. |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** No | **Pseudonymous:** No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Namaste Laboratories, L.L.C. |
| | 13636 South Western Avenue, Blue Island, IL 60406 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Prior insert designs, Relaxer Kit Insert, 2003 |
| **Previously registered:** | No |
| **New material included in claim:** | Revised compilation of photographs, and revised text. |

## Certification

| | |
|---|---|
| **Name:** | Daniel N. Christus, authorized agent of Namaste Laboratories, L.L.C. |
| **Date:** | May 14, 2009 |

**Correspondence:** Yes

# **Exhibit L**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-666-512

**Effective date of registration:**

May 19, 2009

## Title

|  |  |
|---|---|
| **Title of Work:** | Relaxer Kit |
| **Nature of Work:** | Box |

## Completion/ Publication

|  |  |
|---|---|
| **Year of Completion:** | 2003 |
| **Date of 1st Publication:** | September 30, 2003 |

## Author

|  |  |
|---|---|
| ■ **Author:** | Namaste Laboratories, L.L.C. |
| **Author Created:** | 2-Dimensional artwork, Text |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** No | **Pseudonymous:** No |

## Copyright claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Namaste Laboratories, L.L.C. |
|  | 13636 South Western Avenue, Blue Island, IL 60406 |

## Limitation of copyright claim

|  |  |
|---|---|
| **Previously registered:** | No |

## Certification

|  |  |
|---|---|
| **Name:** | Daniel N. Christus, authorized agent of Namaste Laboratories, L.L.C. |
| **Date:** | May 14, 2009 |

**Correspondence:** Yes

Page 1 of 1

♙JS 44  (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Namasté Laboratories, LLC | ASNC Sales & Marketing and Beauty Supply Depot, Inc. |

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Steven E. Siff, Esq., McDermott Will & Emery LLP
201 S. Biscayne Boulevard, Suite 2200
Miami, FL 33131    Tel: (305)358-3500

09- CV- 80884- Zloch / Rosenbaum

Attorneys (If Known)

FILED by AJS D.C.

JUN 12 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. - MIAMI

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☑ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

| II. BASIS OF JURISDICTION (Place an "X" in One Box Only) | III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff |
|---|---|
| | (For Diversity Cases Only) and One Box for Defendant) |

| | | | PTF | DEF | | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☑ 3  Federal Question (U.S. Government Not a Party) | Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| ☐ 2 | U.S. Government Defendant | ☐ 4  Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| | | | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt. Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. Security | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | ☐ 900 Appeal of Fee Determination |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Re-filed- (see VI below)  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

| VI. RELATED/RE-FILED CASE(S). | (See instructions second page): | a) Re-filed Case ☐ YES ☑ NO | b) Related Cases ☐ YES ☑ NO |
|---|---|---|---|
| | | JUDGE | DOCKET NUMBER |

**VII. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

Action for unfair competition, false designation of origin, deceptive trade practices and trademark and copyright infringement. 15 U.S.C. § 1121, Title 17, United States Code, § 101 et. seq.

LENGTH OF TRIAL via _4_ days estimated (for both sides to try entire case)

| VIII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND: ☑ Yes ☐ No |
|---|---|---|---|

| ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE | SIGNATURE OF ATTORNEY OF RECORD | DATE June 12, 2009 |
|---|---|---|

FOR OFFICE USE ONLY

AMOUNT 350.—    RECEIPT # 1000857    IFP